UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SEATRIEVER INTERNATIONAL HOLDINGS LTD., a United Kingdom private limited company, and ILLOOM BALLOON LIMITED, a United Kingdom limited business entity,<br><br>Plaintiffs,<br><br>v.<br><br>INNOVA IMPORTS LLC, a New York limited liability company, TRENDY HOME GOODS, INC., a New York corporation, ICA DEALS, LLC, a California limited liability company, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:17-cv-08376-JAK-JPR<br><br>**CONSENT JUDGEMENT**<br><br>**JS-6** |

IT IS STIPULATED, ORDERED, ADJUGED, AND DECREED:

1. This is an action for patent infringement under the patent laws of the United States, Title 35 of the United States Code.

2. This Court has jurisdiction over Defendant ICA Deals, LLC ("Defendant" or "ICA Deals") and the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this Court pursuant to 28 U.S.C. § 1400(b).

3. Plaintiff Seatriever International Holdings Ltd. is the owner of all right, title, and interest in and to U.S. Patent No. 8,297,778 (the "'778 patent").

4. Defendant has used, sold, and/or offered for sale, or caused and assisted others to import, use, sell, and/or offer for sale, in the United States light up balloon products that infringe one or more claims of the '778 patent.

5. Effective as of the date this Consent Judgement is entered by the Court, Defendant and its affiliates, officers, directors, agents, servants, employees, successors, and assigns, and all other persons and organizations in active concert or participation with any of the foregoing, are hereby permanently enjoined and restrained from engaging in any of the following activities:

   a. making, using, selling, or offering for sale in the United States, or importing into the United States, during the remaining term of the '778 patent, (i) the Infringing Balloons (as defined in the First Amended Complaint) and (ii) any other light up balloon product that is not more than colorably different from the Infringing Balloons;

   b. otherwise directly infringing, contributorily infringing, or inducing infringement of any of the claims of the '778 patent with respect to (i) the Infringing Balloons; and (ii) any other light up balloon product that is not more than colorably different from the Infringing Balloons; and

   c. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs a and b above.

6. Within five (5) business days of the date this Consent Judgement is entered by the Court, Defendant shall return all Infringing Balloons (as well as any other light up balloon product that is not more than colorably different from the Infringing Balloons) in its storage, warehouse, custody, possession, and/or control to Plaintiffs or their counsel of record.

7. Defendant and Plaintiffs shall bear their own costs and attorneys' fees.

8. This Consent Judgement constitutes a final judgment concerning the subject matter of this action with respect to the Plaintiffs and Defendant.

9. Defendant and Plaintiffs waive any right to appeal from this Consent Judgment.

10. Upon entry of this Consent Judgement, this action is dismissed with prejudice with respect to the Plaintiffs and Defendant; provided, however, that this Court shall retain jurisdiction to enforce the terms and provisions of this Consent Judgment.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE